STATE OF NEW JERSEY v.
P. T. & L. CONSTRUCTION COMPANY, INC.

September 7, 1977. Certification to the Bergen County Court is granted.

PAUL CASHEN v. FRANK SPANN.

September 12, 1977. Motion for leave to appeal is granted. (See 150 *N. J. Super.* 500)

RIDGEFIELD PARK EDUCATION ASSOCIATION v.
RIGDEFIELD PARK BOARD OF EDUCATION.

September 27, 1977. Certification to the Superior Court, Chancery Division, is granted.

VORNADO, INC. v. WILLIAM F. HYLAND.

September 27, 1977. Certification to the Superior Court, Law Division, is granted. (See 148 *N. J. Super.* 343)

HOWARD WALKOWITZ v.
ROYAL GLOBE INSURANCE COMPPANY.

October 3, 1977. Petition for certification is dismissed. (See 149 *N. J. Super.* 442)